IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00441-REB-MJW

THE ESTATE OF CHARLIE J. GONZALES, PAMELA GONZALES,
individually and as Personal Representative,

Plaintiff,

v.

METROPOLITAN TOWER LIFE INSURANCE COMPANY, INC. and
THE KROGER COMPANY, INC. d/b/a KING SOOPERS,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that defendant's Unopposed Motion to Vacate and Reset Scheduling Conference (Docket No. 9) is GRANTED. The Scheduling Conference set for April 16, 2013 at 9:30 a.m. is VACATED. The Scheduling Conference is RESET for May 14, 2013 at 9:00 a.m.

Date: April 11, 2013