IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00441-RM-MJW

THE ESTATE OF CHARLIE J. GONZALES, PAMELA GONZALES,
individually and as Personal Representative,

Plaintiff,

v.

METROPOLITAN LIFE INSURANCE COMPANY and
THE KROGER CO. d/b/a KING SOOPERS,

Defendants.

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

        It is hereby ORDERED that defendants' Unopposed Motion for Modification of
the Scheduling Order (Docket No. 23) is GRANTED.  The Scheduling Order (Docket
No. 16) is amended as follows: (1) October 25, 2013 - deadline for filing of motion to
supplement the administrative record; (2) November 22, 2013 - deadline for Gonzales'
opening brief; (3) December 13, 2013 - deadline for the response brief of Kroger and
MetLife; and (4) January 3, 2014 - deadline for Gonzales' reply brief.

Date: October 16, 2013